

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-25-00026-CV

| | | |
|---|---|---|
| IN RE C.B., Relator | § | Original Proceeding |
| | § | 158th District Court of Denton County, Texas |
| | § | Trial Court Nos. 24-11921-158; 24-11920-158; |
| | § | 21-3378-158 |
| | § | March 6, 2025 |
| | § | Memorandum Opinion by Justice Kerr |

## JUDGMENT

This court has considered relator's petition for writ of mandamus and holds that the petition should be denied in part and conditionally granted in part. Accordingly, we deny mandamus relief as to the trial court's genetic-testing order. But we conditionally grant mandamus relief regarding the trial court's order adjudicating R.R.B.'s parentage and dissolving the temporary orders. We direct the trial court to (1) vacate its November 21, 2024 order adjudicating R.R.B.'s parentage and dissolving the temporary orders and (2) set a new hearing to consider the adjudication of

R.R.B.'s parentage and the dissolution of the temporary orders on reasonable notice to all parties, including Relator. A writ of mandamus will issue only if the trial court fails to comply.

It is further ordered that all parties shall bear their own costs of this proceeding.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Elizabeth Kerr_____
    Justice Elizabeth Kerr